June 11, 2015

Received via e-mail June 12, 2015

Jeffrey D. Kyle, Clerk

P.O. Box 12547

Austin, TX  78711

Court of  Appeals  Cause No.  03-15-00025-CV

Trial Court Cause  No. D-1-GN-12-000983; Lakeway Regional Medical Center  v. Lake Travis Transitional

Dear Mr. Kyle:

I am completing the index for the exhibit volumes, which is voluminous.  I am working on it tonight and I am taking the day off  tomorrow to get this record  finished.  I can have the record in the above-entitled and numbered cause filed on June 16, 2015.


Thank you,


/s/ LaSonya Thomas

(512) 854-9331